UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SHARON LANE, | ) | CASE NO. C22-926-RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SKANSKA USA INC et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Upon the stipulation of Plaintiff Sharon Lane and Defendants Skanska USA Inc. and

Microsoft Corporation (Dkt. #15), and the Court having found good cause shown, the

deadlines for Plaintiff's response to Microsoft's Motion to Dismiss (Dkt. #12) and Microsoft

Corporation's reply in support of its Motion are extended as follows:

| | |
|---|---|
| Deadline for Plaintiff's response to Microsoft's Corporation's Motion to Dismiss | November 7, 2022 |
| Deadline for Microsoft Corporation's Reply in Support of its Motion to Dismiss | November 11, 2022 |
| Noting Date for Microsoft Corporation's Motion to Dismiss (Dkt. #12) | November 11, 2022 |

ORDER TO SHOW CAUSE - 1

DATED this 3rd day of November, 2022.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2