THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON LANE, an individual, )
)                    Case No. 2:22-cv-00926-RSM
                          Plaintiff, )
) STIPULATION AND ORDER
    v. ) REGARDING DEADLINE TO
) RESPOND TO AMENDED
SKANSKA USA INC., and MICROSOFT ) COMPLAINT
CORPORATION )
                          Defendants. )
)
)
)
_____ )

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Sharon Lane

("Lane") and Defendant Microsoft Corporation ("Microsoft") pursuant to Federal Rule of Civil

Procedure 6(b) and LCR 7(d)(1) that:

1.  Microsoft's time to respond to the Amended Complaint filed on February 27, 2023 is

     extended from March 13, 2023 to March 27, 2023.

2.  Good cause exists for the agreed extension because a member of Microsoft's legal team

     commenced an unplanned medical leave shortly after the filing of the Amended

     Complaint. The additional two weeks' time is intended to accommodate Microsoft

     counsel's medical emergency.

STIPULATION EXTENDING RESPONSE DEADLINE - 1
Case No. 2:22-CV-00926

3.  On February 28, 2023, the Court entered an Order Setting Trial Dates and Related

Dates. The brief stipulated extension of Microsoft's response to the Amended

Complaint will not impact the dates entered in that Order.

DATE:  March 9, 2023.

BRADLEY BERNSTEIN SANDS LLP


By *s/ Heidi B. Bradley*
   Heidi B. Bradley, WSBA No. 35759
   hbradley@bradleybernsteinllp.com
   113 Cherry St. PMB 62056
   Seattle, WA 98104-2205
   Telephone: 206.337.6551

*Attorneys for Defendant Microsoft Corporation*


PACIFIC PROPERTY LAW LLC


By *s/ John Cochran*
   John Cochran, WSBA #38909
   johnpplllc@gmail.com
   1367 North Falcon Drive
   Ridgefield, WA 98642
   Tel: (360) 601-8157

*Attorneys for Plaintiff Sharon Lane*

STIPULATION EXTENDING RESPONSE DEADLINE - 2
Case No. 2:22-CV-00926

1

**ORDER**

2

Pursuant to the parties' stipulation, IT IS SO ORDERED.

3

Microsoft should answer or otherwise respond to Plaintiff's Amended Complaint on or

4

before March 27, 2023.

5

6

DATED this 10th day of March, 2023.

7

8

9

10

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION EXTENDING RESPONSE DEADLINE - 3
Case No. 2:22-CV-00926

BRADLEY BERNSTEIN SANDS LLP
113 CHERRY ST. PMB 62056
SEATTLE, WA  98104-2205
206.337.6551

CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to above-entitled action. My business address is 113 Cherry St. PMB 62056, Seattle, WA 98104-2205.

I hereby certify, under penalty of perjury under the laws of the State of Washington, that on the 9th day of March, 2023, I filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will give notice of such filing to the following:

John Cochran,
PACIFIC PROPERTY LAW LLC
1367 North Falcon Drive
Ridgefield, WA 98642
Tel: (360) 601-8157
johnpplllc@gmail.com

Jacqueline Kalk
Derek Allan Bishop
Breanne F. Lynch
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
jkalk@littler.com
dbishop@littler.com
blynch@littler.com

Executed on the 9th day of March, 2023, at Seattle, Washington.

/s/ Heidi B. Bradley
Heidi B. Bradley

STIPULATION EXTENDING RESPONSE DEADLINE - 4
Case No. 2:22-CV-00926

BRADLEY BERNSTEIN SANDS LLP
113 CHERRY ST. PMB 62056
SEATTLE, WA  98104-2205
206.337.6551